AUG 2 2023 PM 5:01
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ISAAC C. LENSEY, | § | |
| Plaintiff, | § | |
| v. | § | 2:22-CV-119-Z-BR |
| BOBBY LUMPKIN, et al., | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendations of the United States Magistrate Judge to grant the Motion for Summary Judgment, ECF No. 13, filed by those Defendants who are represented by the Attorney General of Texas. ECF No. 22. No objections to those findings, conclusions, and recommendations have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. Therefore, the Motion for Summary Judgment, ECF No. 13, is **GRANTED**, and Defendants Lumpkin and Collier are dismissed from this action.

**IT IS SO ORDERED.**

August 2, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE